UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-13
```

UNITED STATES OF AMERICA,

-v-

S.A.C. CAPITAL ADVISORS, L.P, *et al.*,

Defendants.

No. 13 Civ. 5182  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On August 29, 2013, the Government filed an application for an order staying the proceedings in the above-captioned cases, which Defendants agreed to. This Court held a conference to discuss the application on September 4, 2013. Accordingly, for the reasons stated on the record at the September 4 conference, IT IS HEREBY ORDERED THAT the civil forfeiture proceedings in this case, which include the deadline for third parties to file claims asserting their interest in the Defendant property, are stayed until January 6, 2014. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter by January 6, 2014, informing the Court of the status of this case and the related criminal matters and requesting, and explaining the need for, any further stay in the proceedings.

SO ORDERED.

Dated:    September 4, 2013
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE