UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

S.A.C. CAPITAL ADVISORS, LP, *et al.*,

Defendants.

No. 13 Civ. 5182 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court has received an email, dated November 5, 2013, attempting to influence the Court's decisions in this case. Because the author is not a party to this litigation and lacks standing to make submissions in this matter, the Court has not considered the email. The Court has publicly docketed a redacted version, with the Court's personal email address blacked out to protect the Court's privacy and the sender's email address blacked out to avoid giving the sender publicity and encouraging additional correspondence. IT IS HEREBY ORDERED THAT a copy of the original, unredacted email shall be sealed.

SO ORDERED.

Dated:   November 6, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE